COPY

E-filing

1  Alan E. Kassan, Esq. - State Bar No. 113864
     E-Mail: akassan@kantorlaw.net
2  Peter S. Sessions, Esq. - State Bar No. 193301
     E-Mail: psessions@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   (818) 886-2525 (TEL)
5  (818) 350-6272 (FAX)

6  Attorneys for Plaintiff
   RONALD D. TURNER

7

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

10

11  RONALD D. TURNER,                    )  Case No.
                                         )
12              Plaintiff,               )  CV 08 1290
                                         )
13        vs.                            )  NOTICE OF INTERESTED PARTIES
                                         )
14  THE PRUDENTIAL INSURANCE             )
15  COMPANY OF AMERICA, NESTLE           )
    PURINA PETCARE COMPANY               )
16  LONG TERM DISABILITY PLAN,           )
                                         )
17              Defendants.              )
                                         )
18  _____  )

19

20        The undersigned, counsel of record for Plaintiff, Ronald D. Turner, certifies that

21  the following listed party has a direct, pecuniary interest in the outcome of this case.

22  These representations are made to enable the Court to evaluate possible disqualification

23  or recusal.

24

25        The following is a list of the names of all such parties with their connection and

26  interest herein:

27

28

1

1.  Ronald Turner;

2.  The Prudential Insurance Company of America; and

3.  Nestle Purina Petcare Company Long Term Disability Plan

Dated: March 4, 2008                        KANTOR & KANTOR, LLP

By: _____
    Peter S. Sessions
    Attorneys for Plaintiff
    Ronald D. Turner