MORGAN, LEWIS & BOCKIUS LLP
DONALD P. SULLIVAN, State Bar No. 191080
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dpsullivan@morganlewis.com

Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY OF
AMERICA, NESTLE PURINA PETCARE
COMPANY LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD D. TURNER,<br><br>                     Plaintiff,<br><br>          vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, NESTLE PURINA PETCARE COMPANY LONG TERM DISABILITY PLAN,<br><br>                     Defendants. | Case No. CV 08-1290 MHP<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff Ronald D. Turner ("Plaintiff") and Defendants the Prudential Insurance Company of America and the Nestle Purina Petcare Company Long Term Disability Plan ("Defendants") hereby stipulate and agree pursuant to Local Rule 6-1(a) that the last day for Defendants to respond to Plaintiff's Complaint shall be extended twenty (20) days to Tuesday, April 22, 2008.

**IT IS SO STIPULATED:**

Dated:  March 31, 2008

KANTOR & KANTOR

By _____
(    Peter S. Sessions
     Attorneys for Plaintiff

Dated:  March 31, 2008

MORGAN, LEWIS & BOCKIUS LLP

By   /S/  Donald P. Sullivan
     Attorneys for Defendants

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7685214.1

CV 08-1290 MHP
STIP. EXTENDING TIME TO RESPOND