1  MORGAN, LEWIS & BOCKIUS LLP
   DONALD P. SULLIVAN, State Bar No. 191080
2  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
3  Tel: 415.442.1000
   Fax: 415.442.1001
4  E-mail: dpsullivan@morganlewis.com

5  Attorneys for Defendants
   The Prudential Insurance Company of
6  America and the Nestle Purina
   Petcare Company Long Term
7  Disability Plan

8  KANTOR & KANTOR, LLP
   ALAN E. KASSAN, State Bar No. 113864
9  PETER S. SESSIONS, State Bar No. 193301
   19839 Nordhoff Street
10 Northridge, California 91324
   Telephone: (818) 886-2525
11 Facsimile: (818) 350-6272
   akassan@kantorlaw.net
12 psessions@kantorlaw.net

13 Attorneys for Plaintiff
   Ronald D. Turner

14

15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18

19 | Ronald D. Turner,                      | Case No. CV 08-1290 MHP

20 |         Plaintiff,                     | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

21 |                                        |
   |     vs.                                | [F.R.C.P. 16(B)(4)]
22 |                                        |
23 | The Prudential Insurance Company of    | Date: June 16, 2008
   | America, Nestle Purina Petcare Company | Time: 4:00 p.m.
24 | Long Term Disability Plan,             | Ctrm: 15, 18th Floor, San Francisco

25 |         Defendants.                    |

26

27

28

-1-                                      Case No. CV 08-1290 MHP
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

1  Pursuant to Federal Rule of Civil Procedure 16(b)(4), plaintiff Ronald D. Turner and defendants The Prudential Insurance Company of America and Nestle Purina Petcare Company Long Term Disability Plan, by and through their respective counsel, hereby stipulate and agree that the initial case management conference in this matter should be continued from June 16, 2008 at 4:00 p.m. to June 30, 2008 at 4:00 p.m. in Courtroom 15 of the Northern District of California, or to such other date as the Court may find convenient.

Good cause exists for the extension because there is a scheduling conflict for plaintiff's lead counsel, Peter S. Sessions, as he is required to attend a court appearance on the same day in Los Angeles in another matter, *Pham v. Northwestern Life Ins. Co.*, U.S.D.C. Central Dist. Cal. Case No. CV 08-00898 VBF (MANx), and thus will not be available to attend the initial case management conference in this matter on the same date.

This stipulation may be signed in counterparts, and facsimile signatures shall have the same force and effect as originals.

IT IS SO STIPULATED.

Dated: May 19, 2008                      KANTOR & KANTOR LLP

                              By:   */s/ Peter S. Sessions*
                                    Peter S. Sessions
                                    Attorney for Plaintiff
                                    Ronald D. Turner

Dated: May 19, 2008                      MORGAN, LEWIS & BOCKIUS LLP

                              By:   */s/ Donald P. Sullivan* (as authorized on 5/19/08)
                                    Donald P. Sullivan
                                    Attorney for Defendants
                                    The Prudential Insurance Company of America and
                                    the Nestle Purina Petcare Company Long Term
                                    Disability Plan

**ORDER**

Pursuant to the parties' stipulation, and good cause shown, IT IS HEREBY ORDERED that the initial case management conference in this matter be continued from June 16, 2008 at 4:00 p.m. to June 30, 2008 at 4:00 p.m. in Courtroom 15 of the Northern District of California.

Dated: _____

_____
The Honorable Marilyn Hall Patel
United States District Judge