MORGAN, LEWIS & BOCKIUS LLP
DONALD P. SULLIVAN, State Bar No. 191080
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dpsullivan@morganlewis.com

Attorneys for Defendants
The Prudential Insurance Company of America and the Nestle Purina Petcare Company Long Term Disability Plan

KANTOR & KANTOR, LLP
ALAN E. KASSAN, State Bar No. 113864
PETER S. SESSIONS, State Bar No. 193301
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272
akassan@kantorlaw.net
psessions@kantorlaw.net

Attorneys for Plaintiff
Ronald D. Turner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald D. Turner,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>The Prudential Insurance Company of America, Nestle Purina Petcare Company Long Term Disability Plan,<br><br>　　　　Defendants. | Case No. CV 08-1290 MHP<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>[F.R.C.P. 16(B)(4)]<br><br>Date:  June 16, 2008<br>Time:  4:00 p.m.<br>Ctrm:  15, 18th Floor, San Francisco |

-1-　　　　　　　　　　　　　　　　　　　　　　**Case No. CV 08-1290 MHP**
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

1  Pursuant to Federal Rule of Civil Procedure 16(b)(4), plaintiff Ronald D. Turner and defendants The Prudential Insurance Company of America and Nestle Purina Petcare Company Long Term Disability Plan, by and through their respective counsel, hereby stipulate and agree that the initial case management conference in this matter should be continued from June 16, 2008 at 4:00 p.m. to June 30, 2008 at 4:00 p.m. in Courtroom 15 of the Northern District of California, or to such other date as the Court may find convenient.

Good cause exists for the extension because there is a scheduling conflict for plaintiff's lead counsel, Peter S. Sessions, as he is required to attend a court appearance on the same day in Los Angeles in another matter, *Pham v. Northwestern Life Ins. Co.*, U.S.D.C. Central Dist. Cal. Case No. CV 08-00898 VBF (MANx), and thus will not be available to attend the initial case management conference in this matter on the same date.

This stipulation may be signed in counterparts, and facsimile signatures shall have the same force and effect as originals.

IT IS SO STIPULATED.

Dated: May 19, 2008                KANTOR & KANTOR LLP

By:  */s/ Peter S. Sessions*
     Peter S. Sessions
     Attorney for Plaintiff
     Ronald D. Turner

Dated: May 19, 2008                MORGAN, LEWIS & BOCKIUS LLP

By:  */s/ Donald P. Sullivan* (as authorized on 5/19/08)
     Donald P. Sullivan
     Attorney for Defendants
     The Prudential Insurance Company of America and
     the Nestle Purina Petcare Company Long Term
     Disability Plan

1 **ORDER**

3   Pursuant to the parties' stipulation, and good cause shown, IT IS HEREBY ORDERED
4 that the initial case management conference in this matter be continued from June 16, 2008 at
5 4:00 p.m. to ~~June 30~~ July 7, 2008 at 4:00 p.m. in Courtroom 15 of the Northern District of California.

7 Dated:  5/20/2008

The Honorable Marilyn Hall Patel
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*