UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: July 7, 2008

Case No.   C 08-1290  MHP                    Judge: MARILYN H. PATEL

Title: RONALD D. TURNER -v- PRUDENTIAL INSURANCE COMPANY OF AMERICA

Attorneys:  Plf: Peter Sessions
            Dft: Donald Sullivan

Deputy Clerk:  Anthony Bowser   Court Reporter: Belle Ball

## PROCEEDINGS

1)   Case Management Conference

2)

3)

## ORDERED AFTER HEARING:

Defense counsel substitution pending presently; Counsel to notify court of dispute re standard of review, with submission of briefing by 8/25/2008, with a hearing to be set for 2:00 pm on 9/8/2008;

Further telephonic status conference set for 8/28/2008 at 3:00 pm if no dispute submitted; Plaintiff to initiate telephonic conference;