1  DONALD P. SULLIVAN, State Bar No. 191080
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
3  Tel: 415.442.1000
   Fax: 415.442.1001
4  E-mail: dpsullivan@morganlewis.com

5  Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY OF
6  AMERICA, NESTLE PURINA PETCARE
   COMPANY LONG TERM DISABILITY PLAN

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | RONALD D. TURNER,                    | Case No. CV 08-1290 MHP
12 |          Plaintiff,                  | **NOTICE OF SUBSTITUTION OF COUNSEL**
13 |     vs.                              |
14 | THE PRUDENTIAL INSURANCE             |
   | COMPANY OF AMERICA, NESTLE           |
15 | PURINA PETCARE COMPANY LONG          |
   | TERM DISABILITY PLAN,                |
16 |                                      |
   |          Defendants.                 |
17

18

19     Defendants the Prudential Insurance Company of America and Nestle Purina Petcare

20 Company Long Term Disability Plan ("Defendants") hereby substitute retained counsel Tad

21 Devlin of Gordon & Rees, 275 Battery Street, Suite 2000, San Francisco, California, 94111, as

22 attorney of record in the place and stead of Donald P. Sullivan of Morgan, Lewis & Bockius LLP,

23 One Market, Spear Street Tower, San Francisco, California, 94105.

24 ///

25 ///

26 ///

27 ///

28 ///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. CV 08-1290 MHP

1  Please direct all notices and other communications to Defendants pertaining to this case to
2  Gordon & Rees at the above-identified address.

3
4  Dated: July 7, 2008          _____
5                                The Prudential Insurance Company of
                                  America
6

7  Dated: _____, 2008      _____
8                                The Nestle Purina Petcare Company Long
                                  Term Disability Plan
9
10 Dated: 7/7, 2008              _____
11                                Donald P. Sullivan
                                  MORGAN, LEWIS & BOCKIUS LLP
12

13 Dated: _____, 2008      _____
14                                Tad Devlin
                                  GORDON & REES
15

16
                         **[PROPOSED] ORDER**
17
     The substitution of counsel in above-titled case is hereby approved.
18
   IT IS SO ORDERED.
19

20
   Dated:_____             _____
21                                The Hon. Marilyn Hall Patel
                                  United States District Judge
22

23

24 DB1/61952759.1

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2    NOTICE OF SUBSTITUTION OF COUNSEL
     CASE NO. CV 08-1290 MHP

Please direct all notices and other communications to Defendants pertaining to this case to Gordon & Rees at the above-identified address.

Dated: _____, 2008

_____
The Prudential Insurance Company of America

Dated: July 14, 2008

*[signature]* Nestle Purina Petcare Company
_____
The Nestle Purina Petcare Company Long Term Disability Plan   LTDP

Dated: _____, 2008

_____
Donald P. Sullivan
MORGAN, LEWIS & BOCKIUS LLP

Dated: _____, 2008

_____
Tad Devlin
GORDON & REES

## [PROPOSED] ORDER

The substitution of counsel in above-titled case is hereby approved.

IT IS SO ORDERED.

Dated: _____

_____
The Hon. Marilyn Hall Patel
United States District Judge

DB1/61952759.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. CV 08-1290 MHP

1 | Please direct all notices and other communications to Defendants pertaining to this case to
2 | Gordon & Rees at the above-identified address.

3
4 | Dated: July 7, 2008        _____
5 |                            The Prudential Insurance Company of America
6
7 | Dated: _____, 2008    _____
8 |                            The Nestle Purina Petcare Company Long Term Disability Plan
9
10 | Dated: _____, 2008   _____
11 |                            Donald P. Sullivan
                                MORGAN, LEWIS & BOCKIUS LLP
12
13 | Dated: 07/07, 2008         _____
14 |                            Tad Devlin
                                GORDON & REES
15

## [PROPOSED] ORDER

The substitution of counsel in above-titled case is hereby approved.

IT IS SO ORDERED.

Dated: _____

_____
The Hon. Marilyn Hall Patel
United States District Judge

DB1/61952759.1