1  DONALD P. SULLIVAN, State Bar No. 191080
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
3  Tel:  415.442.1000
   Fax:  415.442.1001
4  E-mail:  dpsullivan@morganlewis.com

5  Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY OF
6  AMERICA, NESTLE PURINA PETCARE
   COMPANY LONG TERM DISABILITY PLAN

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  RONALD D. TURNER,                    Case No. CV 08-1290 MHP

12              Plaintiff,               **NOTICE OF SUBSTITUTION OF
                                         COUNSEL**
13       vs.

14  THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA, NESTLE
15  PURINA PETCARE COMPANY LONG
    TERM DISABILITY PLAN,
16
                Defendants.
17

18

19       Defendants the Prudential Insurance Company of America and Nestle Purina Petcare

20  Company Long Term Disability Plan ("Defendants") hereby substitute retained counsel Tad

21  Devlin of Gordon & Rees, 275 Battery Street, Suite 2000, San Francisco, California, 94111, as

22  attorney of record in the place and stead of Donald P. Sullivan of Morgan, Lewis & Bockius LLP,

23  One Market, Spear Street Tower, San Francisco, California, 94105.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Please direct all notices and other communications to Defendants pertaining to this case to

2  Gordon & Rees at the above-identified address.

3

4  Dated: July 7, 2008

5                                                    The Prudential Insurance Company of
                                                     America

6

7  Dated: _____, 2008

8                                                    The Nestle Purina Petcare Company Long
                                                     Term Disability Plan

9

10 Dated: 7/7, 2008

11                                                   Donald P. Sullivan
                                                     MORGAN, LEWIS & BOCKIUS LLP

12

13 Dated: _____, 2008

14                                                   Tad Devlin
                                                     GORDON & REES

15

16                                   [PROPOSED] ORDER

17         The substitution of counsel in above-titled case is hereby approved.

18 IT IS SO ORDERED.

19

20 Dated: 7/30/08
   _____

21                                   IT IS SO ORDERED

22

23                                   Judge Marilyn H. Patel

24 DB1/61952759.1

25

26

27

28

1    Please direct all notices and other communications to Defendants pertaining to this case to

2    Gordon & Rees at the above-identified address.

3

4    Dated:_____, 2008

5                                                    _____
                                                     The Prudential Insurance Company of
                                                     America
6

7    Dated: _July 14_, 2008                          _Nestle Purina Petlcare Company_

8                                                    The Nestle Purina Petcare Company Long
                                                     Term Disability Plan        LTD
9

10   Dated:_____, 2008                        _____

11                                                   Donald P. Sullivan
                                                     MORGAN, LEWIS & BOCKIUS LLP
12

13   Dated:_____, 2008                        _____

14                                                   Tad Devlin
                                                     GORDON & REES
15

16

                              **[PROPOSED] ORDER**
17
        The substitution of counsel in above-titled case is hereby approved.
18
     IT IS SO ORDERED.
19

20
     Dated:_____
21                                                   _____
                                                     The Hon. Marilyn Hall Patel
22                                                   United States District Judge

23

24   DB1/61952759.1

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF SUBSTITUTION OF COUNSEL
                                                     CASE NO. CV 08-1290 MHP

1   Please direct all notices and other communications to Defendants pertaining to this case to

2   Gordon & Rees at the above-identified address.

3

4   Dated: July 7, 2008                    _____
                                           The Prudential Insurance Company of
5                                          America

6

7   Dated:_____, 2008                 _____
                                           The Nestle Purina Petcare Company Long
8                                          Term Disability Plan

9

10  Dated:_____, 2008                 _____
                                           Donald P. Sullivan
11                                         MORGAN, LEWIS & BOCKIUS LLP

12

13  Dated: 07/07, 2008                     _____
                                           Tad Devlin
14                                         GORDON & REES

15

16                        **[PROPOSED] ORDER**

17      The substitution of counsel in above-titled case is hereby approved.

18  IT IS SO ORDERED.

19

20
    Dated:_____                        _____
21                                          The Hon. Marilyn Hall Patel
                                            United States District Judge
22

23

24  DB1/61952759.1

25

26

27

28
MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO                  2              NOTICE OF SUBSTITUTION OF COUNSEL
                                             CASE NO. CV 08-1290 MHP