UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD D. TURNER,

                Plaintiff(s),

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, NESTLE PURINA PETCARE COMPANY LTD PLAN,

                Defendant(s).

CASE NO. CV 08-1290 MHP

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [ ] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [X] Private ADR *(please identify process and provider)* To be determined

The parties agree to hold the ADR session by:
- [ ] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [X] other requested deadline 120 days from the date of this order

Dated: July 22, 2008

/s/ Peter S. Sessions
Attorney for Plaintiff
Peter S. Sessions

Dated: July 22, 2008

/s/ Tad A. Devlin (as authorized on 7-22-08)
Attorney for Defendant
Tad A. Devlin

NDC ADR6

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- [ ] Non-binding Arbitration
- [ ] Early Neutral Evaluation (ENE)
- [ ] Mediation
- [X] Private ADR

Deadline for ADR session
- [ ] 90 days from the date of this order.
- [X] other <u>120 days from the</u> date of this order.

IT IS SO ORDERED.

Dated: _____

_____
MARILYN HALL PATEL
UNITED STATES DISTRICT        JUDGE

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 19839 Nordhoff Street, Northridge, California 91324.

On August 1, 2008, I served the foregoing document described as: STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS in this action by serving a true copy thereof addressed as follows:

Tad Devlin
Gordon & Rees
275 Battery Street, Suite 2000
San Francisco, California 94111
Tel#: (415) 986-5900
Fax#: (415) 986-8054

Donald P. Sullivan
Morgan Lewis & Bockius, LLP
One Market, Spear Street Tower
San Francisco, California 94105
Tel#: (415) 442-1000
Fax#: (415) 442-1001

[x]  (BY MAIL) I deposited such envelope in the mail at Northridge, California. The envelope was mailed with postage thereon fully prepaid.

[x]  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[x]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 1, 2008, Northridge, California.

*Tinee Parell*
Tinee Parell