GORDON & REES LLP
TAD A. DEVLIN (State Bar No. 190355)
ELIZABETH B. VANALEK (State Bar No. 206709)
275 Battery Street
Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and NESTLE PURINA PETCARE COMPANY LTD PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| RONALD D. TURNER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, NESTLE PURINA PETCARE COMPANY LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant. | CASE NO. CV 08 1290 (MHP)<br><br>STIPULATION TO *DE NOVO* REVIEW AND NO DISCOVERY |

Defendants Prudential Insurance Company of America and the Nestle Purina Petcare Company LTD Plan, and Plaintiff Ronald D. Turner, (collectively the "parties") hereby stipulate to the following:

(1) That the above-referenced action is subject to *de novo* review; and

(2) That the parties will conduct no discovery in the above-referenced action.

**IT IS SO STIPULATED.**

Dated: August 25, 2008                    GORDON & REES LLP

　　　　　　　　　　　　　　　　　　By: _____/ S /_____
　　　　　　　　　　　　　　　　　　TAD A. DEVLIN
　　　　　　　　　　　　　　　　　　Attorneys for Defendants The
　　　　　　　　　　　　　　　　　　Prudential Insurance Company of
　　　　　　　　　　　　　　　　　　America and Nestle Purina Petcare
　　　	　　　　　　　　　　　　　　Company LTD Plan

-1-
STIPULATION TO DE NOVO REVIEW AND NO DISCOVERY

1  Dated: August 22, 2008          KANTOR & KANTOR LLP

                                   By: /s/ *signature*
                                   ─────────────────────────
                                   PETER S. SESSIONS
                                   Attorneys for Plaintiff Ronald D.
                                   Turner

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

MGT/8010110/5902035v.1

-2-
STIPULATION TO DE NOVO REVIEW AND NO DISCOVERY