UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD D. TURNER, | No. C 08-01290 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Telephonic Status Conference)** |
| v. | |
| PRUDENTIAL INS. CO., | |
| Defendant(s).                              / | |

The parties are hereby notified that the telephonic status conference in this matter currently set for August 28, 2008, has been rescheduled and will be held **September 3, 2008 at 3:00 p.m.**, before the Honorable Marilyn Hall Patel. Plaintiff to initiate telephonic conference.

Richard W. Wieking
Clerk, U.S. District Court

Dated: August 29, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140

**United States District Court**
For the Northern District of California