**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: September 3, 2008

Case No.   C 08-1290  MHP                    Judge: MARILYN H. PATEL

Title: RONALD D. TURNER -v- PRUDENTIAL INSURANCE COMPANY OF AMERICA

Attorneys:  Plf: Peter Sessions
            Dft: Tad Devlin

Deputy Clerk:  Anthony Bowser   Court Reporter: Debra Pas

**PROCEEDINGS**

1)  Telephonic Status Conference

2) 

3) 

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Briefing schedules re de novo review as follows:

   Cross Motions to be filed by 1/12/2009;
   Oppositions to be filed by 1/26/2009;
   No replies;
   Motions to be heard 2/9/2009 at 2:00 pm;

Mediation to be completed within 60-90 days (12/15/2008);