Alan E. Kassan, State Bar No. 113864
Peter S. Sessions, State Bar No. 193301
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Tel: 818.886.2525
Fax: 818.350.6272
E-mail: akassan@kantorlaw.net
E-mail: psessions@kantorlaw.net

Attorneys for Plaintiff
Ronald D. Turner

Tad A. Devlin, State Bar No. 190355
Elizabeth B. Vanalek, State Bar No. 206709
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: 415.986.5900
Fax: 415.986.8054
E-mail: tdevlin@gordonrees.com
E-mail: evanalek@gordonrees.com

Attorneys for Defendants
The Prudential Insurance Company of
America and the Nestle Purina
Petcare Company Long Term
Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| Ronald D. Turner,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>The Prudential Insurance Company of America; Nestle Purina Petcare Company Long Term Disability Plan,<br><br>　　　　Defendants. | Case No. CV 08-1290 MHP<br><br>**STIPULATION TO CONTINUE MEDIATION COMPLETION DATE; [PROPOSED] ORDER** |

1    Pursuant to Federal Rule of Civil Procedure 16(b)(4), plaintiff Ronald D. Turner and
2 defendants The Prudential Insurance Company of America and Nestle Purina Petcare Company
3 Long Term Disability Plan, by and through their respective counsel, hereby stipulate and agree
4 that the mediation completion date in this matter should be continued from December 15, 2008
5 to and including December 19, 2008.
6    Good cause exists for this continuance because the parties have scheduled a mediation in
7 this matter with Catherine A. Yanni, Esq. of JAMS for December 18, 2008 at 10:00 a.m.  The
8 parties therefore respectfully request that the mediation completion date be continued to
9 accommodate this scheduled mediation.  In order to facilitate this mediation, the parties also
10 stipulate and agree that they be permitted to attend by telephone.
11    IT IS SO STIPULATED.
12
13 Dated: November 25, 2008                    KANTOR & KANTOR, LLP
14
                                              By:    */s/ Peter S. Sessions*
15                                                   Peter S. Sessions
                                                     Attorney for Plaintiff
16                                                   Ronald Turner
17
                                              GORDON & REES, LLP
18
19 Dated: November 25, 2008                   By:    */s/ Tad Devlin* As Authorized on 11/25/08
20                                                   Tad Devlin
                                                     Attorney for Defendants
21                                                   The Prudential Insurance
                                                     Company of America and
22                                                   Nestle Purina Petcare Company
                                                     Long Term Disability Plan
23
24 Dated: November 25, 2008                   By:    */s/ Elizabeth B. Vanalek* As Authorized on 11/25/08
25                                                   Elizabeth B. Vanalek
                                                     Attorney for Defendants
26                                                   The Prudential Insurance
                                                     Company of America and
27                                                   Nestle Purina Petcare Company
                                                     Long Term Disability Plan
28

1 **[PROPOSED] ORDER**

2   Having considered the parties' stipulation, and good cause appearing therefor, the Court

3 hereby orders that the mediation completion date in this matter be continued from December 15,

4 2008 to and including December 19, 2008, and that the parties be permitted to attend the

5 scheduled mediation of December 18, 2008 telephonically. **SUBJECT TO APPROVAL OF THE MEDIATOR.**

6   IT IS SO ORDERED.

8 Dated: 11/26/2008   _____
                     UNITED STATES DISTRICT JUDGE
                     MARILYN H. PATEL



-3-   Case No. CV 08-1290 MHP
STIPULATION TO CONTINUE MEDIATION COMPLETION DATE; [PROPOSED] ORDER